### UNITED STATES of America, Plaintiff–Appellee,

v.

### Johnny HOLLIS, Defendant–Appellant.

No. 07–14740

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

March 21, 2008.

James T. Jones, Thomson, GA, Brendan Neville Fleming, Brendan N. Fleming, LLC, Augusta, GA, for Defendant–Appellant.

Before BARKETT, HULL and PRYOR, Circuit Judges.

PER CURIAM:

Brendan N. Fleming and James T. Jones, Jr., counsel for Johnny Hollis in his direct criminal appeal, have moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the

